AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>David William McConnell<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)    5:22-mj-38<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 30, 2022__ in the county of __Raleigh__ in the __Southern__ District of __West Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2423(b) | Travel with the Intent to Engage in Illicit Sexual Conduct with Another Person, as Defined in 18 U.S.C. 2423(f), or Attempt to Do So |

This criminal complaint is based on these facts:

On May 30, 2022, David William McConnell, 38, knowingly traveled in interestate commerce, that is, from at or near Charlotte, NC to Beckley, Raleigh Co., WV, for the purpose of engaging in illicit sexual conduct, that is, oral sex and intentional touching of the genitals for purposes of sexual gratification, with what he believed to be 11 and 13 year old girls. McConnell was arrested at the location in Beckley where he had arranged to meet the mother of the girls.

☐ Continued on the attached sheet.

_TFO JB Yeager_
*Complainant's signature*

FBI TFO Jillian Yeager
*Printed name and title*

Sworn to ~~before me and signed in my presence.~~
via reliable electronic means, to-wit: by telephone pursuant to Rule 4.1 of the FRCrP.

Date: June 6, 2022

_Omar J. Aboulhosn_
Omar J. Aboulhosn
United States Magistrate Judge

City and state: Bluefield, WV

*Printed name and title*